# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD TEEMS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
MGM RESORTS INTERNATIONAL, A
DELAWARE CORPORATION;
RAMPARTS, LLC, D/B/A LUXOR
HOTEL AND CASINO; NEW CASTLE,
LLC, D/B/A EXCALIBUR HOTEL &
CASINO; AND JASON SCARALE,
Real Parties in Interest.

No. 80616

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order adopting the discovery commissioner's recommendations in a tort action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging discovery orders, and we are

20-14624

not persuaded that any exception to the general rule applies here. *Valley Health Sys., LLC v. Eighth Judicial Dist. Court,* 127 Nev. 167, 171, 252 P.3d 676, 678-79 (2011) (outlining exceptions to the general rule against entertaining discovery-related writ petitions). We therefore

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Jerry A. Wiese, District Judge
       Nersesian & Sankiewicz
       Kravitz Schnitzer Johnson, A Professional Corporation/Las Vegas
       Semenza Kircher Rickard
       Eighth District Court Clerk